UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHNNY SAEZ on behalf of himself and all other similarly situated persons, known and unknown, <br><br> Plaintiff, <br><br> v. <br><br><br> TIM'S SNOWPLOWING, INC., and TIMOTHY GIBBONS, individually. <br><br> Defendants. | Case No. 15-CV-1492 <br><br> **Judge Ronald A. Guzman** <br><br> Magistrate Judge Michael T. Mason |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), all parties, by and through their undersigned counsel, hereby stipulate and agree to dismiss this matter in its entirety, with prejudice and without assessment of fees or costs.

Dated: May 12, 2015

 /s/ Alejandro Caffarelli
Attorney for Plaintiff
Caffarelli & Associates Ltd.
224 South Michigan Avenue, Suite 300
Chicago, Illinois 60604

 /s/ Marc J. Siegel
Attorney for Defendants
Siegel Law Group Ltd.
150 North Wacker Drive, Suite 1100
Chicago, Illinois 60606

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that he served a copy of the attached document, Stipulation of Dismissal with Prejudice, to the individuals listed below by electronically filing the same with the Clerk of the U.S. District Court of the Northern District of Illinois on May 12, 2015.

Marc J. Siegel
Bradley Manewith
Siegel Law Group Ltd.
150 North Wacker Drive, Suite 1100
Chicago, Illinois 60606

                                                                    /s/ Alejandro Caffarelli
                                                                    Attorney for Plaintiff